UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANNETTE CRAIG and ANNETTE GASKINS,

    Plaintiffs,

v.   Case No: 5:19-cv-639-Oc-30PRL

INTERNATIONAL JUNIOR GOLF ACADEMY, INC. and ANDREW SUMMERS,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion to Approve FLSA Settlement (Dkt. 36). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion to Approve FLSA Settlement (Dkt. 36) is GRANTED.

2. The settlement between Plaintiff Annette Craig and Defendants International Junior Golf Academy, Inc. and Andrew Summers is approved.

3. The settlement between Plaintiff Annette Gaskins and Defendants International Junior Golf Academy, Inc. and Andrew Summers is approved.

4. Plaintiffs Annette Craig's and Annette Gaskins' claims against Defendants International Junior Golf Academy, Inc. and Andrew Summers are dismissed with prejudice.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of May, 2020.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record